Alfred Erik Caraffa 350727
Name and Prisoner/Booking Number

ASPC-Tucson Rincon H45A cell 5
Place of Confinement

POBox 24403
Mailing Address

Tucson Arizona 85734 USA
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

☒ FILED   ☐ LODGED

**Feb 15 2024**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

**CV-24-89-TUC-JGZ(PSOT)**

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

Alfred Erik Caraffa #350727,
(Full Name of Plaintiff) et. al.,

Plaintiff.

v.

(1) State of Arizona et al,
(Full Name of Defendant)

(2) ADCRR ,

(3) United States of America,

(4) Michael T. Liberdi ,

Defendant(s).

☒ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 2-12-CV-00607-PHX-ROS- _____
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT**
**BY A PRISONER**

Jury trial Demanded

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

### A. JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:
    ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☒ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
    ☒ Other: Official/Individual Capacity - 42 USC § 1997
    28 USC § 1711

2.  Institution/city where violation occurred: ASPC-Tucson / Tucson AZ .

1 oF 133

**550/555**

**B.   DEFENDANTS**

1.   Name of first Defendant: _State of Arizona_ . The first Defendant is employed
as: _the State of Arizona_ at _State government entity_
(Position and Title)                                    (Institution)

2.   Name of second Defendant: _ADCRR_ . The second Defendant is employed as:
as: _Arizona Dpt. of Corrections_ at _unofficial government entity_
(Position and Title)                                    (Institution)

3.   Name of third Defendant: _United States of America_ The third Defendant is employed
as: _the United States of America_ at _Federal government entity_
(Position and Title)                                    (Institution)

4.   Name of fourth Defendant: _Michael T. Liburdi_ . The fourth Defendant is employed
as: _Judge of the U.S. Dist. Court_ at _federal government employee_
(Position and Title)                                    (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

**C.   PREVIOUS LAWSUITS**

1.   Have you filed any other lawsuits while you were a prisoner?        ☒ Yes        ☐ No

2.   If yes, how many lawsuits have you filed? _Approx 180_ . Describe the previous lawsuits:

a.   First prior lawsuit:
     1.   Parties: _See Query_ v. _SEARCH_
     2.   Court and case number: _See Query Search_
     3.   Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)
          _See Query Search_

b.   Second prior lawsuit:
     1.   Parties: _N/A_ v. _N/A_
     2.   Court and case number: _N/A_
     3.   Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)
          _N/A_

c.   Third prior lawsuit:
     1.   Parties: _N/A_ _N/A_
     2.   Court and case number: _N/A_
     3.   Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)
          _N/A_    _N/A_  _N/A_

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

# Additional Plaintiff(s)

2) All past, present and any future State prisoner(s) held in Custody of ADCRR that were found ~~Ita~~ Incompetent to Stand trial.

3) All past, present, and any feature County prisoner(s)/Inmate(s) who were found Incompetent to Stand trial But were held in or still Are in Custody.

## Additional Defendants

5) Every County in the State of Arizona IN official Capacity

6) Every Medical Dept. and/or Mental Health Dept (corporation) that treats Mentally ill people in custody that were found Incompetent to Stand trial. IN the several Counties

2 (a) of 3 of 133

7) Every Medical Services Dept. and/or Mental Health Services Dept. (corporation) that treats Mentally ILL Person(S) found Incompentant to Stand trial In the custody of ADCRR.

8) Every County Civil Judge/criminal Judge who held unlawful proceeding for Incompentant Persons(s)

9) Ryan thornell is the Named 9th Defendant the Director of the Arizona State Dept. of Corrections

2 (5) of 3    of 133

## D.  CAUSE OF ACTION

### COUNT I

1.  State the constitutional or other federal civil right that was violated: Fifth Amendment U.S. Constitution

2.  **Count I.**  Identify the issue involved.  Check **only one**.  State additional issues in separate counts.
    - ☐ Basic necessities
    - ☐ Mail
    - ☐ Access to the court
    - ☐ Medical care
    - ☐ Disciplinary proceedings
    - ☐ Property
    - ☐ Exercise of religion
    - ☐ Retaliation
    - ☐ Excessive force by an officer
    - ☐ Threat to safety
    - ☒ Other: Due process of Law

3.  **Supporting Facts.**  State as briefly as possible the FACTS supporting Count I.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

    Because of the Continuing Deprivations by the federal Government in official Capacity and the Continuing, ~~constitu~~ ongoing Never-Ending Retaliation, and offhand on Isolation by Defendants ADCRR in their Unconstitutional Employment My Mental Health has taken A turn for the Worse. And I'll Need years of Mental Health treatment ~~&~~ to live A regular life.

4.  **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).
    Deprivation(s) of U.S. Constitutional Rights Causing Mental Health Issue(s)/Problems IN A Private Care facility.

5.  **Administrative Remedies:**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
    b.  Did you submit a request for administrative relief on Count I?  ☐ Yes  ☒ No
    c.  Did you appeal your request for relief on Count I to the highest level?  ☐ Yes  ☒ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not.  A federal Court Issue

3 of 133

**COUNT II**

1. State the constitutional or other federal civil right that was violated: ~~fourteenth Amendment~~ U.S. Constitution.

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: Due process of Law

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Due to the Deprivation(s) of Liberty by Defendants State of Arizona and the Continuing Deprivations of Federal Constitutional Rights of Enforcing An Unconstitutional Laws In Alfred Erik Caraffe's Criminal Case(s) I seem to have Developed An Mental illness Caused by this Unconstitutional incarceration by the State and Federal Judges who keep denying My Constitutional Rights to Liberty.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   Causing/furthering My New Mental Health Issues by further/Present Custody

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II? ☐ Yes ☒ No
   c. Did you appeal your request for relief on Count II to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. A Federal Issue of the Courts

   4 of 133

**COUNT III**

1. State the constitutional or other federal civil right that was violated: 8th Amendment
U.S. Constitution.

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   ☐ Basic necessities        ☐ Mail              ☐ Access to the court    ☐ Medical care
   ☐ Disciplinary proceedings ☐ Property          ☐ Exercise of religion   ☐ Retaliation
   ☐ Excessive force by an officer ☐ Threat to safety ☒ Other: Cruel punishment

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

In Exhibit of Evidence Public case file for the Criminal offense of CR2019-155732-001DT Defendents ADCRR Are holding me in An unconstitutional Confinement for which I was found Incompentent to stand trial for the time I Alledgely committed the offense, which I'll need years of Private Mental Health Care And Medication to Ever live A normal American life.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
Unconstitutionally Incarceration by Defendent(s) Made worse by ADCRR and Federal Judge's Corruption

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒Yes ☐ No
   b. Did you submit a request for administrative relief on Count III? ☐ Yes ☒No
   c. Did you appeal your request for relief on Count III to the highest level? ☐ Yes ☒No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Is A federal Court issue

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

5 of 133

## Count Four
### Cause of Action

1) Constitutional Right Violated —
14th Amendment. U.S. Constitution

2) countfour - Due process of Law

3) Supporting facts — Due to the fact
that Alfred Erik Caroffe 350727 was
found Incompentent To Stend trial
on June 12th 2020 By the Superior
Court of Maricopa County in the State of
Arizona.

4) Injury — Enforcing Laws of the State of
Arizona that Deprived Due process of Law
and Life, Liberty and Property.

5) (a) yes
   (b) NO
   (C) NO
   (D) IS A federal Court Issue Again!

        5(a) of pg6 of 133

## Count Five
### Cause of Action

1) Constitutional Right violated—
14th Amendment U.S. Constitution

2) Count 5— Due process of Law

3) Supporting facts— Plaintiff Alfred Erik Caraffa 35072 was found Incompentant to stand trial for the time I, supposely committed An criminal Offense. But stood trial in An unconstitutional Proceeding of the State of Arizona. Which Lacks Jerisdiction to hold proceedings for Incompentant Persons(s)

4) Injury— Lack of Jerisdiction to take Alfred Erik Caraffa 350227 to trial After being found Incompentant to stand trial.

5) (a) yes
   (b) No
   (c) No
   (d) Is A federal Court Issue Again.

5(b) of pg 7 of 133

## Count six

1) Constitutional Right Violated —
14th Amendment U. S. Constitution

2) Count Six — Due process of Law

3) Supporting facts — on June 11th 2020
I, Alfred E. Caraffe was sentenced to
Maricopa County Jail in violation of the
federal Constitutional Laws. As on
6/2/2020 I was found Incompentant to
Stand trial. (see exhibits of Evidence) I
never attended Any hearings for that
county confinement.

4) Injury — unconstitutional Confinement
while Incompentant to Stand trial.

5) (a) Yes
(b) No
(C) No
(d) Is A federal Court Issue Again!

5 (C) pg 8 of 133

## Count SEVEN

1) Constitutional Right Violated — 8th Amendment U.S. Constitution

2) Count Seven — cruel and unusual punishment

3) Supporting facts — As A form of Cruel punishment Defendant(s) unconstitutionally proceeded with hearing(s) In the Superior Court of Maricopa County, State of Arizona After Alfred Erik Caraffa 350727 was found Incompentent to stand trial for the time I, Alledged to committed An criminal offense.

4) Injury — Held in custody As A form of Cruel punishment by the Defendant(s)

5) (a) yes
   (b) NO
   (c) NO
   (d) Is Already A federal Court case

5(d) of pg 9 of 133

E. Request for Relief

State the relief you are seeking - $ for the
unconstitutional Custody by the ADCRR and
State of Arizona I seek $200.00 Dollars per day
for the Excessive time spent in Custody at
an 10,000 to one Ratio plus Interest on
the Judgment. All fees and Cost(s), Attorney fees
for furthering my New Mental Health issue(s)
I seek the cost paid in full for Any Private
facility for in-patient Mental Health treatment
and Medication Plus re-Inbursment for
Mental Health Counseling. (Since I'm An
Resident of California by clearly stated
federal document(s)) Any Beverly Hills CA.
Counseling and/or Doctor visits needed to
control my Mental Health issue(s) and symptoms.
Any Medication for the rest of my entire life.
or until I'm Cured for the Mental Health
issue(s) I have and was found Incomplient
to stand trial Because of. All Compensation
to be Split Between the State of Arizona
In official Capacity and the United States

6 of 2 of pg II of 133

of America in official Capacity.

I seek on Behalf of All person(s) who were found Incompentent to stand trial who were Not Cured of their Mental Health Issues/Problems at the time they committed their offense(s) under a class Action lawsuit to Be held in trust of the U.S. Courts the Sum of $48 Billion dollars for All past, present and future people held in Custody of the State or County After Being found Incompentent to stand trial - fees and Costs - including Attorney fee(s)

6 (a) of pg B of 133

In the United States District Court for
the District of Arizona
Division of Phoenix

Alfred Erik Caraffa
#350727 et.al.,
and
Shawn Jensen et.al.,
Plaintiff(s)

Case Number - 2-12-
CV-00601-PHX-ROS

VS.

Motion to
Enter Evidence
In this class Action

1) State of Arizona et.al
and
2) Ryan Thornell et.al

Defendant(s)

I, Alfred Erik Caraffa, 350727 Being
Pro se Counsel for myself and on Behalf
of All past, present and future Incompetent
unconstitutionally held in Custody 'SMI
Prisoner(s), I heredo enter this Motion of

14 of 133

Evidence in this class Action to Judge Silver of the U.S. District Court of Arizona and to all the Attornies in this Class Action.

## Index of Exhibits

A) Supreme Court document in 23-6409 Brief on the Merits. 26 total pages

B) Supreme Court document in 23-6409 Brief Statement on the Merits and the facts. 43 pgs. for case Number(s) 23-2395 and 23-15744 Includes Supreme Court Appendix "M"

C) Brief on the Evidence Supreme Court document Filed in 23-6409. 29 total pages.

D) Brief statements on the Augremuntable, factual and legal basis of this habeas corpus Action as A class Action. Supreme Court document IN Supreme Court case Number 23-6409. 8 pgs.

2) Proof of Service Supreme Court Document case number <u>23-6409-1</u> pg.

F) Supreme Court Document in Supreme Court Case Number <u>23-6409</u> - Brief on fact(s) of Related habeas Action. <u>10 total pgs.</u> to this Document.

<u>117 total pages</u>
of
Evidence to why the Current Medical Dept / Mental Health Department has An Unconstitutional Contract with the ADCRR and the State of Arizona.
Evidence why they filed for chapter 7 and/or 11- tried to hide their Assets
Evidence why Every time A nurse, Doctor or/and Mental Health Professional treats, Diagnosis and/or prescribes Medication's # is Medical Malpractice in An Unconstitutional Contract with the State And ADCRR- 2/14/24
Already ~~Filed~~ Code 35027
<u>16 of 733</u>

Exhibits of Evidence 23-6409

# Supreme Court of the United States of AMERICA

## Case Number 23-6409

Exparte Alfred Erik Caraffa
ADC#350727 et. al.,

Petitioner(s)

VS.

Ryan Thornell et. al.,
Director of Arizona State Prisons
as of Jan 2023.

Respondent(s)

## Brief on the Merits
## Supreme Court Rule 24

For 9th circuit court case Number
23-15873 and 23-3369
(which is the same criminal case of
CR2019-155732001 DT State of AZ. V.
Alfred E. Caraffa)

Plus Proof of service
1 of 23 of 26

**QUESTION(S) PRESENTED**

1) Does the fifth Amendment of the U.S. Constitution Apply to the Federal U.S. Court of Appeal In and for the Ninth Circuit Court?

2) CAN the U.S. ~~Ninth~~ Court of Appeals In the 9th Circuit Court issue AN writ/order of the Court with NO seal of the United States per USC S?

3) CAN the U.S. Court of Appeals In the 9# Circuit Court issue AN writ/order of the Court with NO official Signature(s) from Any 9th Circuit Judge or the clerk of the Court and uphold the UNAuthorized unsigned Document as Constitutional?

4) CAN the 9# Circuit Court of Appeal hold An Appeal for 8 months with NO Evidentary hearing Being done in A writ of habeas Corpus Class Action Case?

5) Can Federal Judge(s) violate U.S. Constitutional Laws?

(8) of 21 (2 of ~~23~~ of ~~23~~)

**LIST OF PARTIES**

[ ] All parties appear in the caption of the case on the cover page.

[X] All parties **do not** appear in the caption of the case on the cover page. A list of all parties to the proceeding in the court whose judgment is the subject of this petition is as follows:

2) United States of America Case No. 23-15875

3) State of Arizona case no. 23-15876

4) David Shinn / Ryan thornell case No. 23-15926

Plus All Defendant(s) listed in each case.

**RELATED CASES**

1) 23-15622 (9th Cir.) D.C. Case NUMBER 2:23-CV-00299-PHX-MTL-(ESW)

2) 23-15875 (9th Cir.) D.C. Case Number 4:23-CV-00173-TUc-JGZ-(PSOT)

3) 23-15876 (9th Cir) D.C. Case Number 4:23-CV-00177-TUc-JGZ-(PSOT)

4) 23-15926 (9th Cir) D.C. Case Number 4:23-CV-00176-TUc-JGZ-(PSOT)

5) 23-2395 (9th) Circuit. D.C. Case No. 2:23-CV-00982-PHX-MTL-(ESW)

6) 23-15873 (9th Cir) D.C. Case Number 2-22-CV-0081B-PHX-MTL-(ESW) Also see 23-3369

9 of 21 (3 of 23 of 23)

13

## TABLE OF AUTHORITIES CITED

CASES                                                    PAGE NUMBER

1) Pope v. Turner  C.A. 10 (uTAH) 1970,
426 F.2d.783
                    (378)
2) cooper v. Pate  U.S. 546 /1964)
   Estelle v. Gamble 429 U.S. 97, 97 S.Ct. 285,
   50 L.Ed. 2d. 251 (1976)

3) Jackson v. Bishop 404 F.2d. 571, 579,
  (C.A. 8 1968)

4) U.S. Ex. Rel. Sero v. Preiser, C.A. 2 (NY)
(1974) 506 F2d 1115, certiorari denied. 95 S.ct.
1587, 421 U.S. 921, 43 L.Ed 2d. 789

STATUTES AND RULES

1) ARS Const. Article 20 paragraph fourth
Public Lands, Indion Lands

(2) 18 USCS section 1162 - State
Jurisdiction over offenses committed
by or against Indians in the Indion
county see (a)(b)(c) and (d)

3) 18 USCS section 1152 - Laws governing
4) 18 USCS section 1153 - offenses committed
within Indion County -

OTHER

(4) of 23 of 23 )

11 of 21

## CONSTITUTIONAL AND STATUTORY PROVISIONS INVOLVED

1) 14th Amendment U.S. Constitution

2) 8th Amendment U.S. Constitution

3) 5th Amendment U.S. Constitution

4) 6th Amendment U.S. Constitution

5) 7th Amendment U.S. Constitution

6) 18 USCS Section 1152

7) 18 USCS Section 1153

8) 18 USCS Section 1162

9) 42 USCS Section 1983

10) 28 USCS Section 2254(e)
Rule 8 of the Rules Governing Section
2254 Case(s) (evidentiary hearing)

11) Federal Rules of Civil Procedure
Rule 8(b)(6) Effect of failing to Deny.


(5) of 23 of 23


(14) of 21

# Statement for basic of Jurisdiction.

Supreme Court of the United States Rule 20.4 (b) states "Neither the denial of the petition, without more, Nor an order of transfer to a district Court under the Authority of 28 U.S.C. §2241(b) is an adjudication on the Merits, and therefore does not preclude further application to another Court for the relief Sought.

This habeas Corpes Action was filed to this Court in case No. 20-8007 and denied to be heard without More. Several Motion(s) of transfer to this court were Made by this habeas petitioner and held As Moot by the lower Court(s).

As the State of Arizona is party in this Action this Court has Original Jurisdiction under the U.S. Constitutional Laws.

(6) of 23 ) pg. 1 of 1 of 23

<u>Statement of the case.</u>

The fourteenth Amendment of the United States constitution reads "No State shall make or Enforce any Law which deprives A person of Life, Liberty or property without the Due process of Law."

An oversighted Arizona Constitutional Law of A. R. S. Const. Article 20 - ordinance; sub paragraph fourth states: the Jurisdiction and control is under the U. S. congress. the Absolute Jurisdiction is A federal Jurisdiction that can Not be changed by the mere word and Definiation of "Absolute" the ~~there~~ Black's Law Dictorary 2) "conclusive; Not liable for revision."

The State of Arizona's own Constitutional Laws have Been over-looked by this state government and ((7 of 23 of) 1 of 17 of 23

are creating unconstitutional Convictions with every criminal Action that gets An Conviction In Every County of the State of Arizona.

The Conspiring by Federal Judges to pass on the problem to some other Court is <u>Not</u> An Solution to the Continuing Unconstitutional Conviction(s) In this State of Arizona.

the only constitutional Solution is to fix the problem of the Unconstitutional Jurisdiction to A single Federal Jurisdiction As the Arizona Constitution and the U.S. Constitution states in clear language it Should be and

2 of <u>17</u> of <u>23</u>

Remain the same.

the UNCONSTITUTIONAL Superior Court Criminal Judge's creating more UNCONSTITUTIONAL Conviction(S) outside the federal Jurisdiction is only causing more harm to the State of Arizona.

the UNCONSTITUTIONAL Control of the Arizona Dept. of Corrections which has <u>NO</u> federal Jurisdiction is Adding to that harm with Every Unlawful paycheck to each Unlawful Correctional officer. Trying to hold on to AN UNCONSTITUTIONAL employment for Another paycheck. which Interferring with the filing of Federal Court document(S) to ~~State the~~ solve the problem

3 of <u>17</u> of <u>23</u>

In An Constitutional Matter.

Case Number 23-3369 and 23-15873 which Are two of the retroactive habeas Action(s) in this criminal Matter which has had NO Evidentiary hearings in Any habeas Action in the U.S. District Court(s) of Arizona or in the U.S. Court of Appeals for the Ninth Circuit.

State Prisoner was entitled to Evidentiary hearing on his petition for habeas Corpus on grounds of illegal Arrest, illegal search, Interrogation, self-Incrimination, double Jeopardy and denial of due process — see Pope V. Turner C.A. 10 (UTAH) 1970, 426 F. 2d. 783

and "where allegations of petition

4 of 17 of 23

For writ of habeas Corpus and traverse and those of Return and accompanying affidavits present an issue of fact. The propure procedure is to issue writ of habeas Corpus, have petitioner produced and hold a hearing at which evidence is recieved. See walker V. JOHNSTON U.S. Cal. 1941 Also see McCrea V. Jackson C.C.A. (Mich.) 1945, 148 F. 2d. 193.

the propure constitutional procedure was Not followed iN this writ of habeas Corpus Case(s). which is one of the reasons this Petitioner is Seeking Impeachment trials for Federal Judge's M. T. Liburdi and Judge Jennifer G. Zipps as well As Another Federal Magistrate Judge.

5 of 17 of 23

Once Petition for writ of habeas
Corpus is filed, unless Court is of
opinion that petitioner is not entitled
to an order to show cause, writ

Must be Awarded forthwith or order
to show Cause Must be issued, and
thereafter if Court concludes petitioner
is entitled to Evidentiary hearing it
Must order one promptly. See Harris
V. Nelson U.S. cal. 1969, 89 Sct. 1082,
394 U.S. 286, 22 L. Ed. 2d. 281, rehearing
denied, 89 S. Ct. 1623, 394 U.S. 1025,
23 L. Ed. 2d 50. Also see 28 USC section
2243 (* 117)


   Under 42 USC section 1985;
Conspiracy to Interfere with civil
Rights (2) obstructing Justice;
Intimidating party, witness or Juror—


              6 of 17 of 23

If two or more persons in any State or Territory conspire to deter by force, Intimidation or threat any party or witness in any Court of the United States from Attending Such Court or from testifying to any Matter pending therein, freely (and) fully and trustfully or to injure Such party or witness in his person or property on account of his having So Intended.

the Correctional officers at this State prison have used other Inmate(s) to try to Intiminate me Not to filed civil Action(s) in the U.S. District Court of Arizona and the U.S. Court of Appeals for the 9th Circuit.

7 of 17 of 23

four of four U.S. Court of Appeal Action(s) in the 9th Circuit Court of Appeals has An Docket entry from December 2021 that the Defendent(s) ADCRR claimed I was "No Longer In Custody" of the Arizona Dept. of Corrections.

There is A fake look-A-like in-personinator of myself who was using my name and Identity of Alfred Caraffa under ADC# 286686 In the Arizona Department of Corrections that number was on my Judgment of Conviction for this Unconstitutional Conviction.

There has Been An Conspiracy by Correctional officers and Some Inmates that the ADCRR at Lewis Buckeye unit Released ADC# 286686 with my writ of habeas Corpus In Attempts to

8 of 17 of 23

Steal and defraud the United States
of the Compensation for several of
My habeas action(s) and Civil Action(s)
Plus Steal money out of An Bank
Account in my Name, using the fake
Alfred under ADC #286686.

Furthermore, I have filed several
Civil Action(s) About the missing
Seal of the United States on Federal
Court orders and writs from the U.S.
District Court of Arizona and Also
the unsigned and unAuthorized
Court orders/writs issued from the
U.S. Court of Appeals for the ninth
Circuit Court.

which Are Supreme Court Exhibits
of Evidence in those case(s). under 28
USC Section 1691 seal and teste of process.

In the Additional petition filed in 23-
15873 under "Any material facts" of 28
USC Section 2243. The District Court Judge

Assigned to the habeas Action Did Not Allow the Attorney General of Arizona (who Filed A Notice of Appearence) to Answer the New Material Facts presented After the Answer was filed to the United States District Court of Arizona on March 23rd 2023.

the U.S. District Court of Arizona Division of Tucson Never allowed the Attorney General of Arizona to file an Answer to the class Action filed under 28 USC section 2241 (*242) see U.S. Ex. Rel. SERO V. Preiser C.A. 2 (NY) 1974, 506 F.2d. 1115, certiorari denied, 95 Sct. 1587, 421 U.S. 921, 43 L. Ed. 2d 789.

If the Southern District of New York had Jurisdiction over the entire habeas Corpus class, Including those who were Neither imprisoned, Nor sentenced in the Southern District.
Then the District of Arizona and the U.S. Court of Appeals for the 9th

10 of 17 of 23

Circuit Court Also has Jurisdiction to hear the habeas class Action on the Merits of the class Action.

Since the U.S. District Court of Arizona is ONE District For the entire State of Arizona.

In Gregg V. Georgia Supra at 173 the inflection of Such unnecessary Suffering is InConsistent with Contemporary Standards of Decency, As Manifested in Modern legislation Codifying the COMMON Law that:

"It is but just, that the Public be required to care for the prisoner who Can Not by Reason of the deprivation of his Liberty Care for himself" (or herself)

the unconstitutionally Convicted prisoners of the State of Arizona who are Being deprived their Liberty Are Suffering unnecessary because/ the Federal U.S. Court(s) Below this

<u>11</u> of <u>17</u> of <u>23</u>

Court have **Not** ruled Constitutionally on the Merits of this class Action habeas Corpus Case.

the Superior Courts of the several Counties in the State of Arizona create more UNCONSTitutional Criminal case(S) which Are Defined by Federal Law(S) and punishable under Federal Jurisdiction.

Denying that the problem Exsist is Not fixing Anything. It's Creating more unlawful Arrests, which create more unconstitutional Superior court Criminal prosecution in the Unlawful and UNCONSTitutional State Jurisdiction.

under Title 18 Crimes and Criminal procedure section 1152 - Laws governing:
"Except as otherwise expressly Provided by Law, the General Laws of the United States as the punishment of offenses Committed In any place within

12 of 17 of 23

the sole and exclusive
Jurisdiction of the United states,
Except the District of columbia,
shall extend to Indian Country."

that "otherwise expressly Provided
by Law" has Been expressly provided
for who and which states have
Jurisdiction in the Indian Country.

See Title 18 USC Section 1162
State Jurisdiction over offenses
committed by or against Indians
IN Indian Country.

§1162 (a) - Each of the states or
territories listed in the following
table shall have Jurisdiction over
offenses committed by or against
Indians in the area of Indian Country

the state of Arizona is Not listed
In that list of States or Territories.
Been in effect since Aug. 15th 1953.

Under ARS Const. Art. 20. (4)

the State of Arizona was purchased by the United States (Aquired) from the Country of Mexico - which all of the land was owned by An Indian or Indian tribe.

Since All people in this state forever disclaimed all right and title to the public lands once owned by Any Indian or Indian Tribe. All the Land was owned (Before the purchased by the United States) by An Indian or Indian Tribe, who's title of their tribe is still in existance to this Day.

Therefore the entire state is An Indian Country and the Absolute Jurisdiction and Control is clearly under one Federal Jurisdiction.

14 of 17 of 23

which means All the state prisoners
have Been unconstitutionally convicted
outside the federal Jurisdiction.
   Also they Are Currently under
control of AN UNCONSTITUTIONAL
Dept of Corrections with NO
Federal Jurisdiction.

         Over 47,000 unconstitutionally
convicted people. And An unknown
Number of unconstitutional Executions
outside the federal Jurisdiction.
which were unconstitutional convictions
when they were executed by the Arizona
Dept. of Corrections. (ADCRR)

    Additionally All the people held
in Custody of the County who will
become State prisoner(s) in Unlawful
and UNCONSTITUTIONAL ConvictIONS
Are the "Nor sentenced" IN U.S. Ex.
Rel. SERO V. Preiser CA 2 (NY) 1974.

the Judge's of the Superior Court(s)

         15 of 17 of 23

Are creating New unlawful habeas
Case(s) that Add to the NUMBER
of UNCONSTITUTIONALLY Convicted
case(s) in this State of ARIZONA.

The Amount of Damages Right
Now will be Decided by the U.S.
Supreme Court for this habeas
Action.
        Which has two prisoner(s)
and An Subclass of petitioner(s)
for writs of habeas Corpues.

And with recent event(s) this past
Friday, I can No longer provide
Legal Advice for Britney Douglas
ADC#**305089**. As I'm only Seeking
the writ of habeas Corpues on her
behalf and the Behalf of the entire
Subclass.

ON My own Behalf I'am seeking
IN habeas Action 23-15873 the
Sum of 175⁰⁰ Dollars per day plus
            16 of 17 of 23

Eight to one ratio and $40.00 dollars per day
Since December 6th 2019.
($1440.00 dollars per day) with Interest on
this Judgment
   As of 1/6/2024 that's $2,147,040.00 dollars
plus Interest from the first U.S. District
Court order in the habeas case on March 24th
2020. for 196 weeks ($248,956.64 per week)
equals $48,795,501.44 Dollars. For A total of
$50,942,541.44 Dollars
   Every week After 1/6/24 is An Additional
$259,036.64 Dollars so Another payment on
1/13/24 and second on 1/20/24 and so on.
   Plus release from custody of the state of
Arizona. The warrant in California is U.S.
Court of Appeals for the 9th Circuit Court case
No. 23-2395. for Another Habeas Action.
Plus an payment of $80,000.00 Dollars when Released
from Custody 12/31/2023 which is in the
Petition filed

17 of 17 of 23

Appendix E

# SUPREME COURT OF THE UNITED STATES
## OFFICE OF THE CLERK
## WASHINGTON, DC 20543-0001

NO Seal of the United States

May 15, 2023

Alfred Caraffa
#350727
ASPC-Tucson
P O Box 24403
Tucson, AZ 85734

RE: Notice of Appeal, Request for Habeas Corpus Pkt.
    USDC AZ 2:23-cv-00247

Dear Mr. Caraffa:

The notice of appeal received May 12, 2023 appears to pertain to a decision of U.S. District Court District of Arizona. Your papers are herewith returned.

You may seek review of a decision only by filing a timely petition for a writ of certiorari. The filing of a notice of appeal is not a prerequisite for filing a petition for writ of certiorari and does not preserve the time for filing a petition for writ of certiorari. You must submit a petition for writ of certiorari within the 90 day time limit pursuant to Rule 13. Two sample petitions are enclosed.

Your case must first be reviewed by a United States court of appeals or by the highest state court in which a decision could be had. 28 USC 1254 and 1257.

12 OR OF OR

Sincerely,
Scott S. Harris, Clerk
By:

Sara Simmons
(202) 479-3023

Enclosures

**SUPREME COURT OF THE UNITED STATES**
**OFFICE OF THE CLERK**
**WASHINGTON, DC  20543-0001**

August 3, 2023

*No seal of the United States* (handwritten)

Alfred Caraffa
#350727
ASPC-Tucson
P O Box 24403
Tucson, AZ 85734

RE: Caraffa v. AG of AZ
    USAP9 23-15873

Dear Mr. Caraffa:

The above-entitled petition for a writ of certiorari was postmarked July 20, 2023 and received July 27, 2023.  The papers are returned for the following reason(s):

Your case must first be reviewed by the Ninth Circuit Court of Appeals. 28 USC 1254 and 1257.

Sincerely,
Scott S. Harris, Clerk
By
Sara Simmons
(202) 479-3023

*Exhibit E* (handwritten)

*Contents of 156 pg. writ of habeas Corpus Recieved 8/8/23* (handwritten)

*9 of 11* (handwritten)

Enclosures



Proof of Service

ON 1/10 2024 I, Alfred Erik
Caraffa Deposited this 26 pg. U.S.
Supreme Court Brief on the Merits
Into the Institutional Legal Mailing
System at ASPC-Tucson while on RinCon
Unit Housing unit 5 while in prison cell Step
for pre-paid postage (first-class) to the
U.S. Supreme Court in Washington DC
20543-0001 USA
          copies were provided for

A) the solicitor General of the united
States


B) U.S. Attorney General's office

     Defendant(s) in UNofficial Capacity
Did not pick up the Document(s) on 1/12/24. So
I had to File on Monday 1/15/24.

          Executed on 1/11/2024

by x _____
    (ADC#350787

          Pg. 26 of 26

Exhibits of Evidence 23-6409

# Supreme Court of the United States
## of AMERICA

### Case Number 23-6409

| | |
|---|---|
| Alfred Erik Caraffa 350727 et. al., | 9th Circuit Court case Number 23-2395 and 23-15744 |
| Petitioner(s) | |
| VS. | District Court of the United States case Number 2-23-CV-00982-PHX-MTL(ESW) |
| Ryan Thornell et. al., | |
| Respondent(s) | |

## BRIEF Statement on The Merits and the Facts

1 of 43



As Mr. Alfred Erik Caraffa 350727
and Being Pro se Counsel for Myself seeking
the writ(s) of habeas corpus on behalf of
other prisoner(s) unconstitutionally In Custody
of the State of Arizona.
        In this Writ of Certiorari in the
Exhibits of Evidence is My (Alfred Erik Caraffa)
Pre-sentence Report. Which has the Los
Angeles California Criminal case of LAVLA
089450007 cited as A prior felony
Conviction.
        Which as A probation violation is
No longer a conviction, But an open
Criminal charge for Possession of A Dirk
or Dagger.
        The Arrest date is Nov. 1st 2018, the
Same day as the Arrest for Another criminal
Action in Maricopa County Arizona by the
Person who stole my Identity, got convicted
and had Arizona State Prison Number ADC #
286686. who is No longer in Custody of
the ADCRR.
        That criminal Charge which I had
An Unconstitutional sentence on June 10th

2 of 43



2021 to Maricopa County Jail in Maricopa County, Arizona is An Criminal Action I was Never charged with, Arrested For, Arraigned For or Had Any hearing for.

In the Public case Information on December 13th, 2019 there was a court hearing for a Status Conference and on December 17th 2019 An Preliminary Hearing noted in the Public Access to Court Information - Case Search for Case Number S-700-CR-2019155732. filed Date 12/10/2019 which is Listed in State of Arizona Exhibits of Evidence as Exhibit "O" (6 of 6 pgs.) Enclosed with this Brief along with the State of Arizona's Index of Exhibits as Document 74-1 Filed 5/24/23 in 2:22-CV-00813-PHX-MTL-DMF (Which Became 23-15873 Dismissed and Became 23-3369)

In case 23-2395 which is the Prior Felony Conviction of A criminal Charge to Be served As A future Custody. which still has Not Been Filed to the Constitutional Jurisdiction in the U.S. District Court in California.

Filed as A writ of habeas Corpus Petition under 28 USCS sections 2241, 2253 and 2243 (Any other material Facts)

5 of 43

The U.S. District Court of Arizona Assigned Judge Liberdi to that California habeas Corpus Action. ON June 1st 2023. By court clerk Notice of Assignment, given Case Number 2-23-CV-00982-PHX-MTL-(ESW)

A Motion to transfer to the Correct Jurisdictional Court in the state of California was Denied by Judge M.T. Liberdi In official Capacity. clearly outside all Jurisdiction of his courtroom, courthouse and Not Even in the state of his Jurisdiction.

Dismissed as Denied for Not Stating legal Authority according to the Judge. The Motion to transfer States - The State of California and gives An Los Angeles California Criminal Case Number.

How Much More legal Authority is Necessary for A transfer to the legal Constitutional Jurisdiction.

In Petitioner Exhibit of Evidence Public Docket for U.S. Court of Appeals for the 9th Circuit Court Docket #23-2395 under Associated Case(s) Lists prior-Rel. case 22-80114.

Docket Entry 3: Motion to

4 of 43



"Transfer Petition For Review to other Circuit" is Another error of the 9th Circuit Court of Appeals.

Since 9/25/23 this California habeas Action has Been waiting constitutional Jurisdiction transfer to California. First By U.S. District Court Judge M.T. Liburdi who holds on to the Habeas Action for Months of Unconstitutional delay and undue Cost in Interest rates. Then the Ninth Circuit places the Same habeas Case in An Null and Void Pre-Filing Review which Violates the Petition Clause of the First Amendment, U.S. Constitution.

NONE of the Appeal Case(s) filed in that Pre-Filing Review, 22-80774 case Are listed in the case Docket of 22-80774. As Prior or Related Case(s). Therefore those Case(s) As A policy or Custom to Violation(s) of the Fifth Amendment, U.S. Constitution of Due process by the Federal Court(s)

Additionally Any Appeal which Challenges A conviction or sentence is the only Appeals excluded From Pre-Filing

5 of 43



Review Case 22-80114 by Court ORDER of the 9th Circuit Court of Appeals Decision. On 12/9/22.

The 9th Circuit has Violated their own Federal Court order of the 9th Circuit Court of Appeals by placing 23-2395 Habeas Corpus Action, and 23-15873 Habeas Corpus Action and 23-15744 habeas Corpus Action and have placed EAch Case in that Pre-Filing Review case 22-80114 by An unsigned, Un authorized and unvalidated Order/writ/process of the 9th Circuit Court of Appeals.

Both 23-15873 and 23-15744 Do not Even have a filed stamped Date or case Number citation across the top of EAch court order for pre-Filing Review case 22-80114. More Fifth Amendment Violation(s) by the Federal Courts in official Capacity. See enclosed Exhibit(s) of Evidence KZBR11PX and Appendix A pg. 8 of 63 of 89.

As another policy or Custom Enclosed Exhibit of Evidence "D" (4D of 4D) has A filed Stamp and has A case citation across the top of the Court's order/writ.

6 of 43

Filed December 26th 2023 (my Birthdate in 1970)
as Docket entry 2.1 pg. 7 of 7 has NO
I.D. Number for the Court document IS
Not listed in Prior/Related case(s) in
22-80114 Pre Filing Review Case.
        Docketing Notice(s) in 23-4414,
23-4419, Filed Dec. 27th 2023 (1 of 7 pgs each)
have An case citation used by the U.S. District
Court of Arizona for those U.S. District
Court of Arizona Civil/class Actions.
as Documents 7 and 6.
        23-4442 Docketing Notice from the U.S.
9th Circuit Court of Appeals As Document six
Filed 12/28/23 is the same. Docketing
Notices for case(s) 23-4453 and 23-4454
Filed stamped December 29th 2023 Are Also
the same case citation used in the U.S.
District Court of Arizona. As Doc. six and
Doc. 8.
        All have the seal of the 9th Circuit
Court of Appeals and letter heading
with the proper Address in SAN Francisco
California with NO Ninth Circuit Case
citation Number But the same U.S. District
Court of Arizona cited case Numbers.

General Docket From the U.S. Court of
Appeals for the Ninth Circuit Appeals
Docket #20-16246 is civil Action 0970-
2 = 20:20-cv-00800-PHX-MTL-ESW.
As of Docket on 12/28/2023.
pg. 2 of 6 cites Alfred E. Careffa as
(Federal Prisoner 350727).
pg. 4 of 6 - has NO Appearance From
Appellees brief due 8/24/20.
pg. 5 of 6 - on 2/23/2021 Doc. Entry 28
States "the District Court certified that
this Appeal is not taken in good faith"
The Appeal was Dismissed as frivolous.
And the Application to proceed In forma
Pauperis was Denied Although granted
by the U.S. District Court of Arizona.
The opening brief recieved on 7/16/20 was
sent to Judge M. T. Libardi from the Maricopa
County Jail and too the Attorney General
of Arizona Mark Bronvich who entered
NO notice of Appearance to represent
the State of Arizona.
Docket entry 30 = pg. 6 of 6 cites the
filing to the Supreme Court of the United
States Case Number 20-8007. Along with

8 of 43